United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LYNAM,<br><br>    Plaintiff,<br><br>  v.<br><br>TRUSTEES OF THE PRINTERS' LONG TERM DISABILITY TRUST PLAN,<br><br>    Defendant.<br>_____/ | No. C 06-00805 WHA<br><br>**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

    Plaintiff's request to attend the case management conference by telephone is **DENIED**. All parties shall attend personally.

    **IT IS SO ORDERED.**

Dated: April 27, 2006.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE