Adrienne Publicover (State Bar No. 161432)
Email: adrienne.publicover@wilsonelser.com
Sherida A. Stroble, Esq. (State Bar No. 202717)
Email: sherry.stroble@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 442-5101
Attorneys for Defendant,
TRUSTEES OF THE PRINTERS'
LONG-TERM DISABILITY TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LYNAM, <br><br> Plaintiff, <br><br> vs. <br><br> TRUSTEES OF THE PRINTERS' LONG-TERM DISABILITY TRUST PLAN; <br><br> Defendant. <br> _____ | Case No.: CV06-00805 WHA <br><br> JUDGE: Hon. William H. Alsup <br><br> **STIPULATION OF THE PARTIES RE: AMENDED COMPLAINT; DISMISSAL OF THIRD- PARTY COMPLAINT** |

Plaintiff WALTER LYNAM ("Plaintiff"), Defendant TRUSTEES OF THE PRINTERS' LONG-TERM DISABILITY TRUST, erroneously sued herein as TRUSTEES OF THE PRINTERS' LONG-TERM DISABIILTY TRUST PLAN ("Defendant"), and Cross-Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Cross-Defendant"), by and through their counsel of record, hereby enter into this Stipulation with reference to the following:

WHEREAS Wilson, Elser, Moskowitz, Edelman & Dicker, LLP ("Wilson Elser"), counsel for Cross-Defendant Prudential has conveyed to the parties' counsel of record that Prudential will take over the defense of this matter on behalf of the Defendant;

1

**STIPULATION OF THE PARTIES RE: AMENDED COMPLAINT; DISMISSAL OF THIRD- PARTY COMPLAINT**

WHEREAS Wilson Elser and Defendant's counsel of record, Kenneth L. Perkins, Jr., are in the process of executing a Notice of Substitution of Counsel for Wilson Elser's representation of Defendant to be paid for by Prudential;

WHEREAS the Parties stipulate and agree that: (1) the Complaint shall be amended to name Prudential as the sole defendant; (2) the newly named defendant, Prudential, will be liable for any judgment covering the payment or non-payment of disability benefits that may result from this action as if it were The Plan; and (3) the newly named defendant, Prudential, will not assert as a defense that it is either an improper party or that failure to include The Plan as a defendant in this matter is a bar to this action;

WHEREAS Prudential's provision of the defense of this matter eliminates the need for the Third Party Complaint in this matter;

THEREFORE, the parties hereby stipulate and propose as follows:

1. That, on or before June 15, 2006, Plaintiff will file an amended Complaint naming Prudential as the sole defendant;

2. That, upon filing of the Amended Complaint, process of service will be deemed effected, and Prudential will have 20 days within which to file an Answer to the Amended Complaint;

3. That, upon the filing of the Amended Complaint naming Prudential as the sole defendant, the Third-Party Complaint is deemed dismissed without prejudice.

Dated: June 1, 2006    ROBERT J. ROSATI

By: /s/ Robert J. Rosati
Robert J. Rosati
Attorneys for Plaintiff
WALTER LYNAM

| | | |
|---|---|---|
| Dated: June 5, 2006 | | BERRY & PERKINS |

By: /s/ Kenneth L. Perkins, Jr.
Kenneth L. Perkins, Jr.
Attorneys for Defendant and Third-Party Plaintiff
THE PRINTERS' DISABILITY TRUST

DATED: June 5, 2006  WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Sherida A. Stroble
Adrienne Publicover, Esq.
Sherida A. Stroble, Esq.
Attorneys for Cross-Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

### ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that:

1. Plaintiff has leave to file an Amended Complaint, on or before June 15, 2006, naming The Prudential Insurance Company of America as the sole defendant;

2. Service of the Amended Complaint will be deemed effective as of the date of filing, and Prudential will have 20 days from the date of filing of the Amended Complaint to file an Answer to the Amended Complaint;

3. Upon filing of the Amended Complaint naming Prudential as the sole defendant, the Third-Party Complaint is dismissed without prejudice.

Dated: June 6, 2006  By: _____
UNITED STATES DISTRICT JUDGE

[APPROVED - Judge William Alsup - UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]

3
**STIPULATION OF THE PARTIES RE: AMENDED COMPLAINT; DISMISSAL OF THIRD- PARTY COMPLAINT**