Adrienne Publicover (State Bar No. 161432)
Email: adrienne.publicover@wilsonelser.com
Sherida A. Stroble, Esq. (State Bar No. 202717)
Email: sherry.stroble@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 442-5101
Attorneys for Third Party Defendant,
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LYNAM, | Case No.: CV06-00805 WHA |
| Plaintiff, | JUDGE: Hon. William H. Alsup |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT TRUSTEES OF THE PRINTERS' DISABILITY TRUST** |
| TRUSTEES OF THE PRINTERS' LONG-TERM DISABILITY TRUST PLAN; | |
| Defendant. | |

## SUBSTITUTION OF ATTORNEY

**TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant TRUSTEES OF THE PRINTERS'

DISABILITY TRUST, erroneously sued herein as TRUSTEES OF THE

PRINTERS' LONG-TERM DISABILITY TRUST PLAN, hereby substitutes

Adrienne Publicover and Sherida A. Stroble of Wilson, Elser, Moskowitz,

Edelman & Dicker, LLP, 555 S. Flower Street, Suite 2900, Los Angeles,

California 90071, as attorney of record in place and stead of the law firm of

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT TRUSTEES OF THE PRINTERS' DISABILITY TRUST

1    BERRY & PERKINS, 18401 Von Karman Avenue, Suite 460, Irvine, California

2    92612-8551.

3
     Dated:  June 6, 2006                          BERRY & PERKINS
4

5
                                        By:  /s/_____
6                                            Kenneth L. Perkins, Jr.
                                             Attorneys for Defendant
7                                            TRUSTEES OF THE PRINTERS'
8                                            DISABILITY

9

10   I consent to the above substitution.

11
     DATED: June 6, 2006                          TRUSTEES OF THE PRINTERS'
12                                                DISABILITY TRUST

13

14                                      By:  ___/s/_____

15

16   I am duly admitted to practice in this District.

17   Above substitution accepted.

18
     DATED: June 7, 2006                          WILSON, ELSER, MOSKOWITZ,
19                                                  EDELMAN & DICKER LLP

20

21                                      By:  _____/s/_____
                                             Adrienne Publicover, Esq.
22                                           Sherida A. Stroble, Esq.

23

24   APPROVED:

25

26   Dated:___June 12__, 2006            By:  _____

27                                           UNITED STATES DISTRICT JUDGE

28

                                        2
     NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT TRUSTEES OF THE PRINTERS'  DISABILITY TRUST

1    Submitted by C/ECF on this 8th day of June, 2006.

2

3    Copy of the foregoing *electronically served*
     8th day of June, 2006 to:

4

5    Kenneth L. Perkins
     Berry & Perkins

6    18401 Von Karman Avenue, Suite 460
     Irvine, CA  92612-8551

7    Phone: 949-475-1700
     Fax: 949-475-1800

8    **Attorneys for Plaintiff**
     **WALTER LYNAM**

9

10   By: /s/Erika Facundo_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT TRUSTEES OF THE PRINTERS' DISABILITY TRUST