Adrienne Publicover (State Bar No. 161432)
Email: adrienne.publicover@wilsonelser.com
Sherida A. Stroble, Esq. (State Bar No. 202717)
Email: sherry.stroble@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 442-5101
Attorneys for Defendant,
TRUSTEES OF THE PRINTERS'
DISABILITY TRUST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LYNAM, | Case No.: CV06-00805 WHA |
| Plaintiff, | JUDGE: Hon. William H. Alsup |
| vs. | **STIPULATION RE: *DE NOVO* STANDARD OF REVIEW; NO DISCOVERY; NO MOTION FOR SUMMARY JUDGMENT; [PROPOSED ORDER]** |
| TRUSTEES OF THE PRINTERS' LONG-TERM DISABILITY TRUST PLAN; | |
| Defendant. | |

Plaintiff WALTER LYNAM ("Plaintiff") and Defendant, TRUSTEES OF THE PRINTERS' DISABILITY TRUST by and through their counsel of record, hereby enter into this Stipulation with reference to the following:

The parties hereby stipulate and propose as follows:

1. That the standard of review in this matter is *de novo*;

2. That no discovery be allowed;

3. That new evidence which meets that standard set by case law can be offered for admission, if appropriate;

4. That the order to file a Motion for Summary Judgment is vacated;

5. That the order to file the Administrative Record with a declaration on June 15, 2006, remains in place; and

6. That the July 20, 2006, hearing for setting deadlines on factual/dispositive issues and trial setting remains in place.

SO STIPULATED.

Dated: June 9, 2006                ROBERT J. ROSATI

By: _/s/_____
  Robert J. Rosati
  Attorneys for Plaintiff
  WALTER LYNAM

Dated: June 9, 2006                WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP

By: _____/s/_____
  Adrienne Publicover, Esq.
  Sherida A. Stroble, Esq.
  Attorneys for Defendant
  TRUSTEES OF THE PRINTERS'
  DISABIITY TRUST

[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that:

1. That the standard of review in this matter is *de novo*;

2. That no discovery be allowed;

3. That new evidence which meets that standard set by case law can be offered for admission, if appropriate;

4. That the order to file a Motion for Summary Judgment is vacated;

5. That the order to file the Administrative Record with a declaration on June 15, 2006, remains in place; and

STIPULATION RE: *DE NOVO* STANDARD OF REVIEW; NO DISCOVERY; NO MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

6. That the July 20, 2006, hearing for setting deadlines on factual/dispositive issues and trial setting remains in place.

Dated: June 12, 2006        By: _____
                                 UNITED STATES DISTRICT JUDGE

*APPROVED*
*Judge William Alsup*

Submitted by EC/ECF on this 9th day of June, 2006.

Copy of the foregoing *electronically served*
9th day of June, 2006 to:

Kenneth L. Perkins
Berry & Perkins
18401 Von Karman Avenue, Suite 460
Irvine, CA  92612-8551
Phone: 949-475-1700
Fax: 949-475-1800
**Attorneys for Plaintiff
WALTER LYNAM**

By: /s/Erika Facundo_____